UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>EMILY USCANGA,<br><br>                                    Defendant. | Case No.:  19cr3627 CAB<br><br>Order Granting Defendant's Motion for Early Termination of Supervised Release [Doc. No. 913] |

Before the Court is defendant Emily Uscanga's motion for early termination of supervised release. [Doc. No. 913.]  On March 19, 2021, the Court sentenced Ms. Uscanga to 30 months of custody followed by three years of supervised release for conspiracy to distribute controlled substances, in violation of 21 U.S.C. §§ 841, 846. [Doc. No. 652.]

Ms. Uscanga commenced supervised release on January 14, 2022.  She has completed approximately 18 months of supervision.  According to her supervising probation officer, Ms. Uscanga is in compliance with all terms and conditions of her supervision, is gainfully employed and has not had any positive drug tests.  Her supervising officer has no opposition to her request for early termination.

The terms of her plea agreement require Ms. Uscanga complete at least two-thirds of her term of supervision before seeking termination. [Doc. 315, at 11.] Consequently, the probation office for the Southern District of California opposes her request only on the

basis that it is premature.  The government however submitted a notice of non-opposition, despite the premature request, based on the recommendation of her supervising officer in the Southern District of Texas where she is being supervised, and her successful readjustment to the community.  [Doc. No. 916.]

    Considering the government's non-opposition and based on the recommendation of Ms. Uscanga's supervising officer, the defendant's motion for early termination is GRANTED.

Dated:  July 3, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge